# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 1, 2006

*Before*

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>Nos. 06-2001, 06-2003, 06-2005<br>    and 06-2108          v.<br><br>HARRY GILMORE, EDDIE BELL, PATRICK<br>BRAY and TROY MARTIN,<br>    Defendants-Appellants. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 04 CR 495<br>]<br>] Rebecca R. Pallmeyer,<br>]     Judge. |

The following are before the court:

1. **APPELLANT'S MOTION TO CORRECT FACTUAL ERROR IN COURT'S OPINION ISSUED ON JULY 24, 2006**, filed on July 24, 2006, by counsel for appellant Patrick Bray.

2. **GOVERNMENT'S RESPONSE TO PATRICK BRAY'S MOTION TO CORRECT FACTUAL ERROR IN COURT'S OPINION ISSUED ON JULY 24, 2006**, filed on July 28, 2006, by counsel for the appellee.

**IT IS ORDERED** that#1 is **GRANTED**. This opinion is **AMENDED** as follows:

On page six of the slip opinion, the second sentence of the first full paragraph shall read: "Martin's counsel even stated (and Bray's counsel joined him) when moving for a mistrial: "I am sure this was not intentional. I am not making any kind of accusation.""